1 | CHRISTOPHER M. PISANO, Bar No. 192831
christopher.pisano@bbklaw.com
2 | DANA M. VESSEY, Bar No. 280798
dana.vessey@bbklaw.com
3 | BEST BEST & KRIEGER LLP
300 South Grand Avenue, 25th Floor
4 | Los Angeles, CA 90071
Telephone: (213) 617-8100
5 | Fax: (213) 617-7480

6 | Attorneys for Defendants
CITY OF COLTON and
7 | JACK MORENBERG

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| RONALD J. COLLINS, | Case No. 5:15-cv-2470 |
|---|---|
| Plaintiff, | **NOTICE OF REMOVAL OF CIVIL ACTION PURSUANT TO 28 U.S.C. §§1331, 1441, AND 1446** |
| v. | |
| CITY OF COLTON, CALIFORNIA, a public entity; JACK MORENBERG, an individual; SCOTT CHADWICK, an individual; and DOES 1 through 30, inclusive, | |
| Defendants. | |

23152.04295\21938790.1                                         NOTICE OF REMOVAL OF CIVIL ACTION

TO THE CLERK OF THE ABOVE-CAPTIONED COURT:

PLEASE TAKE NOTICE that Defendants City of Colton and Jack Morenberg hereby remove to this Honorable Court the state-court action described below.

1. On October 8, 2015, this action was commenced by Plaintiff Ronald Collins ("Plaintiff") in the Superior Court of the State of California in and for the County of San Bernardino entitled *Ronald J. Collins v. City of Colton, California, a public entity; Jack Morenberg, an individual; Scott Chadwick, an individual; and DOES 1 through 30, inclusive*. The suit was assigned case number CIVDS1514891 by the San Bernardino County Superior Court. A true and correct copy of the Complaint is attached hereto as **Exhibit A**.

2. The first date upon which Defendant City of Colton received a copy of said Complaint was November 5, 2015, when a copy of the Complaint was served on the City Clerk along with a Summons from the state court for each Defendant City of Colton and Defendant Jack Morenberg. A true and correct copy of the state court Summons for Defendant City of Colton is attached hereto as **Exhibit B**, and a true and correct copy of the state court Summons for Defendant Jack Morenberg is attached hereto as **Exhibit C**.

3. This Court has original jurisdiction under 28 U.S.C. section 1331 and removal jurisdiction under 28 U.S.C. section 1441(b), in that it arises under 42 U.S.C. Section 1983 and the Fourth Amendment of the United States Constitution.

4. Defendant Scott Chadwick is not a party to the removable cause of action against Defendants City of Colton and Jack Morenberg for a violation of Plaintiff's constitutional rights under 42 U.S.C. Section 1983 and the Fourth Amendment of the United States Constitution. Defendants City of Colton and Jack Morenberg, who jointly remove this case, are unaware as to whether the third defendant in this action, Defendant Scott Chadwick, has been served in this action.

5. Although removing Defendants City of Colton and Jack Morenberg

note that the first cause of action is mistakenly asserted against "All Defendants" (*see* Complaint), this is certainly a typographical error as Scott Chadwick is not a government official as reflected by the express factual allegations of the Complaint. Accordingly, removing Defendants City of Colton and Jack Morenberg are the only defendants as to the removable cause of action.

WHEREFORE, removing Defendants respectfully remove this action from the Superior Court of California, in and for the County of San Bernardino, to this Court pursuant to 28 U.S.C. §§ 1331, 1441, and 1446. Should any question arise as to the propriety of this removal, Defendants respectfully request an opportunity to provide briefing and oral argument.

RESPECTFULLY SUBMITTED this 3rd day of December, 2015.

Dated: December 3, 2015      BEST BEST & KRIEGER LLP

By: */s/ Dana M. Vessey*
CHRISTOPHER M. PISANO
DANA M. VESSEY
Attorneys for Defendant
CITY OF COLTON and
JACK MORENBERG