1  CHRISTOPHER M. PISANO, Bar No. 192831
   christopher.pisano@bbklaw.com
2  DANA M. VESSEY, Bar No. 280798
   dana.vessey@bbklaw.com
3  BEST BEST & KRIEGER LLP
   300 South Grand Avenue, 25th Floor
4  Los Angeles, CA 90071
   Telephone: (213) 617-8100
5  Fax: (213) 617-7480

6  Attorneys for Defendants
   CITY OF COLTON and
7  JACK MORENBERG

8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11

12 | RONALD J. COLLINS,                          | Case No. 5:15-cv-2470

13 |        Plaintiff,

14 |    v.                                       | **DEFENDANT CITY OF COLTON AND JACK MORENBERG'S NOTICE OF RELATED CASE PURSUANT TO L.R. 83-1.3**

15 | CITY OF COLTON, CALIFORNIA, a
   | public entity; JACK MORENBERG,
16 | an individual; SCOTT CHADWICK,
   | an individual; and DOES 1 through
17 | 30, inclusive,

18 |        Defendants.

## NOTICE OF RELATED CASES

Under Local Rule 83-1.3.3, an attorney has a "continuing duty" to "promptly . . . bring to the attention of the Court," by filing a Notice of Related Case pursuant to Local Rule 83-1.3, "all facts which in the opinion of the attorney or party appear relevant to a determination whether such action and one or more pending actions should, under the criteria and procedures set forth in Local Rule 83-1.3, be heard by the same judge." Under Local Rule 83-1.3.1, a Notice of Related Case is appropriate if a current action pending in the Central District and the new action (a) "arise from the same or a closely related transaction, happening or event," (b) "call for determination of the same or substantially related or similar questions of law and fact," or (c) "[f]or other reasons would entail substantial duplication of labor if heard by different judges."

Pursuant to Local Rules 83-1.3.1 and 83-1.3.3, counsel for Defendants City of Colton and Jack Morenberg ("Defendants") file this Notice of Related Case to bring to the court's attention the new case of *Ronald J. Collins v. City of Colton, California, a public entity; Jack Morenberg, an individual; and Scott Chadwick, an individual*, et al., Case No. 5:15-cv-2470, which was filed in the United States District Court for the Central District of California, Eastern Division, on December 3, 2015. (*See* Dkt. 1; Dkt. 4.)

In the opinion of counsel for Defendants, the new case of *Ronald J. Collins v. City of Colton, California, a public entity; Jack Morenberg, an individual; and Scott Chadwick, an individual*, et al., is related to the pending case of *Ronald J. Collins v. City of Colton, California, a public entity; Jack Morenberg, an individual; et al.*, Central District Court Case No. 5:15-CV-01771-CAS(KKx), currently assigned to the Honorable Christina A. Snyder in Department 5 of the Western Division.

In the opinion of Defendants' counsel, the two cases are related because they "arise from the same or a closely related transaction, happening or event," "call for

determination of the same or substantially related or similar questions of law and fact," and "[f]or other reasons would entail substantial duplication of labor if heard by different judges," as provided in Local Rule 83-1.3.1.

More specifically, the two cases raise the same issue of federal law based on substantially similar facts. In the pending case, Plaintiff Collins contends that Defendant City of Colton Police Detective Jack Morenberg violated Plaintiff's civil rights under 42 U.S.C. Section 1983 and the Fourth Amendment with respect to a seizure of evidence with respect to a felony criminal prosecution. In the new case, the Plaintiff Collins contends Defendants City of Colton and City of Colton Police Detective Jack Morenberg violated Plaintiff's civil rights under 42 U.S.C. Section 1983 and the Fourth Amendment with respect to instituting the same felony criminal prosecution and testifying at a preliminary hearing in connection therewith. (*See* Plaintiff's Complaint, ¶¶46-53.)

Since the two cases raise the same legal issue involving the same nucleus of operative facts, a failure to consolidate the cases would entail a substantial duplication of judicial labor and resources if heard by different judges. Therefore, the two cases are related.

Dated: December 3, 2015         BEST BEST & KRIEGER LLP


By: */s/ Dana M. Vessey*
CHRISTOPHER M. PISANO
DANA M. VESSEY
Attorneys for Defendant
CITY OF COLTON and
JACK MORENBERG